THE CONTINENTAL BANK & TRUST COMPANY OF NEW YORK, as Successor Trustee, etc., v. MAJESTIC HOTEL CORPORATION and Others, Impleaded with LOUIS F. SCHULTZE, as Receiver of S. W. STRAUS & Co., INCORPORATED. THE REAL ESTATE BONDHOLDERS' PROTECTIVE COMMITTEE, Intervenor; ETHEL QUICK,

Intervenor.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — O'Malley, Townley, Untermyor, Cohn and Callahan, JJ.